**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02628-REB–MJW

GEORGE ROUSE,

      Plaintiff,

v.

PROFESSIONAL DEBT MEDIATION, INC., a Florida corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter before me is the **Stipulation of Dismissal with Prejudice** [#16] filed

February 18, 2011.  After careful review of the stipulation and the file, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the  **Stipulation of Dismissal with Prejudice** [#16] filed February 18, 2011, is

**APPROVED**;

      2.  That the Trial Preparation Conference set for December 16, 2011, is **VACATED**;

      3.  That the jury trial set to commence January 9, 2012, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

      Dated February 22, 2011, at Denver, Colorado.

                          **BY THE COURT:**

                          Robert E. Blackburn
                          United States District Judge